IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | CIVIL ACTION NO. |
| Plaintiff, ) ) | |
| v. ) ) | COMPLAINT |
| GOLDEN RANCH, LLC d/b/a Golden Corral Buffet & Grill, ) ) ) ) | |
| Defendant. ) ) ) | JURY TRIAL DEMAND |

**NATURE OF THE ACTION**

The United States Equal Employment Opportunity Commission (the "Commission") brings this action against Golden Ranch, LLC d/b/a Golden Corral Buffet & Grill ("Golden Corral") pursuant to Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 in order to correct Golden Corral's unlawful employment practices on the basis of sex, and to provide appropriate relief to Gaila Collins ("Collins") and a class of similarly situated female employees (the "Class"), who were adversely affected by such practices. As alleged in paragraph seven below, the Commission alleges that Golden Corral subjected Collins and the Class to sexual harassment.

**JURISDICTION AND VENUE**

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Kentucky, Central Division.

## PARTIES

3. Plaintiff, the Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. Defendant, Golden Corral, is currently a limited liability corporation and at all relevant times has continuously operated as a limited liability corporation doing business in the Commonwealth of Kentucky and the City of Lexington and the City of Georgetown, and has continuously had at least 15 employees.

5. At all relevant times, Golden Corral has been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Collins filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From at least April 2006, Defendant engaged in unlawful employment practice at its facilities in Lexington and/or Georgetown, Kentucky, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1). Defendant subjected Collins and a class of similarly situated female employees to sexual harassment.

8.      The effect of the practice complained of in paragraph seven above has been to deprive Collins and the Class of equal employment opportunities and to otherwise adversely affect their respective employee status.

9.      The unlawful employment practice complained of in paragraph seven above were intentional.

10.     The unlawful employment practice complained of in paragraph seven above was done with malice or reckless indifference to the federally protected rights of Collins and the Class.

## PRAYER FOR RELIEF

**WHEREFORE**, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Golden Corral, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in sexual harassment.

B.      Order Golden Corral to institute and carry out policies, practices, and programs which provide equal employment opportunities for females and which eradicate the effects of its past and present unlawful employment practices based on sex.

C.      Order Golden Corral to make Collins and the class of similarly situated female employees whole by providing appropriate back-pay with prejudgment interest in amounts to be determined at trial and other affirmative relief necessary to eradicate the effects of its unlawful employment practice.

D.      Order Golden Corral to make Collins and the class of similarly situated female employees whole by providing to Collins and the class of similarly situated female employees

compensation for past and future pecuniary losses resulting from the unlawful employment practice described in paragraph seven above in amounts to be determined at trial.

E. Order Golden Corral to make Collins and the class of similarly situated female employees whole by providing to Collins and the Class compensation for past and future non-pecuniary losses resulting from the unlawful practice complained of in paragraph seven above, including losses resulting from any emotional pain, suffering, inconvenience, loss of enjoyment of life, embarrassment and humiliation, in amounts to be determined at trial.

F. Order Golden Corral to pay Collins and the class of similarly situated female employees punitive damages for its malicious and reckless conduct described in paragraph seven above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,


s/ Laurie A. Young____
LAURIE A. YOUNG
Regional Attorney


s/ Michelle Eisele_____
MICHELLE EISELE
Supervisory Trial Attorney


EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Indianapolis District Office
101 W. Ohio St., Suite 1900
Indianapolis, IN 46204-4203


s/ Kenneth W. Brown_____
KENNETH W. BROWN
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Louisville Area Office
600 Martin Luther King, Jr. Place
Suite 268
Louisville, Kentucky 40202-2285
(502) 582.5440 (Direct Dial)
(502) 582.5895 (Facsimile)
E-mail: Kenneth.Brown@eeoc.gov